IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| OVERLOOK GARDENS PROPERTIES, LLC, CREEKWOOD APARTMENTS, LLC, INVERNESS II, LLC, and GREYSTONE FARMS APARTMENT COMMUNITY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ORIX USA, L.P., RED CAPITALGROUP, LLC, RED MORTGAGE CAPITAL, LLC, RED CAPITAL MARKETS, LLC, and RED CAPITAL PARTNERS, LLC, <br><br> Defendants. | * <br> * <br> * Case No. 4:17-cv-101 (CDL <br> * <br> * <br> * <br> * <br> * <br> * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 1, 2017, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the State Court of Muscogee County, Georgia.

This 1st day of November 2017.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk